In its brief in support of its application for rehearing, which by its express terms is addressed solely to the concurring opinion of Justice Beatty (concurred in by Justice Shores), the Hospital Authority, by way of footnote, suggests that, in the event Justices Shores and Beatty decline to grant rehearing, "the opinion of Justice Jones (concurred in by Justices Almon and Adams) be revised and extended so as to indicate that the Authority did [after the *Page 1024 
1978 Amendment], have corporate power to operate the Hospital on a daily basis."
Justices Jones, Almon, and Adams indicated this to be the case; thus (again quoting from the footnote in the rehearing brief), "they, like Chief Justice Torbert, [and] Justices Maddox, Houston, and Steagall, also are of the opinion that the statute clearly enables the Authority to operate the Hospital." To be sure, because Justices Jones, Almon, and Adams reached the constitutional issue, they believed that this conclusion was implicit in the opinion.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
JONES, ALMON and ADAMS, JJ., concur.
SHORES and BEATTY, JJ., concur in the result.
TORBERT, C.J., and MADDOX, HOUSTON and STEAGALL, JJ., dissent.